**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – UNOFFICIAL NORTHERN DIVISION**

BLACK ROCK CONSTRUCTION, INC., a Nevada Corporation,

Plaintiff,

vs.

CITIBANK aka CITIGROUP GLOBAL MARKETS INC., a Foreign Corporation; ROES 1 through 10, inclusive.

Defendant.

Case No.: 3:24-cv-00339-ART-CSD

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled matter, through their undersigned counsel of record, that the above-entitled matter be dismissed *with* prejudice. Each party to bear its own fees and costs.

///

//

///

//

///

Silver State Law
190 W. Huffaker Ln.
Suite 401
Reno, NV 89511
(775) 786-7445

Wherefore, the parties jointly request an order dismissing the above-entitled matter with prejudice.

Dated this 26th day of September 2024.

SILVER STATE LAW

_/s/ Joseph E. Balkenbush__
Cody K. Marriott, Esq. (SBN 14147)
Joseph E. Balkenbush, Esq. (SBN 13306)
61 Continental Drive
Reno, Nevada 89509
Attorneys for Plaintiff
*Black Rock Construction, Inc.*

Dated this 26th day of September 2024.

BALLARD SPAHR, LLP

_/s/ David E. Chavez____________
David E. Chavez, Esq. (SBN 15192)
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
*Attorneys for Citibank, N.A, (improperly sued as Citibank aka Citigroup Global Markets Inc.)*

**ORDER**

IT IS SO ORDERED:

______________________________
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2024

Silver State Law
190 W. Huffaker Ln.
Suite 401
Reno, NV 89511
(775) 786-7445